JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDA TORRES, individually and on behalf of other individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware corporation; AMAZON.COM, INC., a Delaware Corporation<br><br>Defendants. | **CASE NO. 5:22-cv-01326-JGB-KKx**<br>[Assigned to: Hon. Jesus G. Bernal]<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(i)** |

# ORDER

Pursuant to Plaintiff's Request for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) , IT IS ORDERED that this action is dismissed with prejudice to the named Plaintiff and without prejudice as to the class members.  Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: August 12, 2022

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE